**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6483**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DARYL F. LOCUST, a/k/a Derek Locust, a/k/a 8, a/k/a Daryl Frank Locusts,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Rebecca Beach Smith, Senior District Judge. (4:06-cr-00040-RBS-TEM-1)

Submitted: August 25, 2020                    Decided: August 28, 2020

Before KING and AGEE, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Daryl F. Locust, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daryl F. Locust appeals the district court's orders denying his motion seeking relief under the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194, and his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Locust*, No. 4:06-cr-00040-RBS-TEM-1 (E.D. Va. Jan. 13, 2020; Mar. 13, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*